No. 472, Misc.   HARGROVE *v.* BROWN, ADMINISTRATOR, ET AL.   Sup. Ct. La.   Certiorari denied.

No. 473, Misc.   DILLARD *v.* BOMAR, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 474, Misc.   PANEITZ *v.* INDIANA.   Sup. Ct. Ind. Certiorari denied.

No. 482, Misc.   MARITOTE, ADMINISTRATRIX, ET AL. *v.* DESILU PRODUCTIONS, INC., ET AL.   C. A. 7th Cir.   Certiorari denied. *Harold R. Gordon* for petitioners. *Newell S. Boardman* for respondents.

No. 485, Misc.   FINFER *v.* COHEN, COMMISSIONER OF INTERNAL REVENUE.   C. A. 2d Cir.   Certiorari denied. *Edwin J. McDermott* for petitioner. *Solicitor General Marshall* for respondent.

No. 489, Misc.   NEWCOMBE *v.* NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 503, Misc.   DAVIS *v.* BOMAR, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 510, Misc.   SHIVELY *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied. *Vincent P. McCauley* for petitioner. *Solicitor General Marshall* for the United States.

No. 511, Misc.   IN RE DUARTE.   C. A. 9th Cir.   Certiorari denied. Petitioner *pro se*. *Acting Solicitor General Spritzer* for the United States.